# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0055.  ALVIN ADAMS, III v. THE STATE.**

In 1993, Alvin Adams, III pled guilty to malice murder and armed robbery, for which he was sentenced to life imprisonment. He subsequently filed a "Motion to Withdraw Illegal[] and Unlawful Guilty Plea [and] Unlawfully Imposed Life Sentence."  The trial court denied the motion, treating it as a motion to withdraw his guilty plea.  Adams then filed this direct appeal.  We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Adams's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/06/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*